[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1:24-cv-00713
Judge Andrea R. Wood
Magistrate Judge Sunil R. Harjani
RANDOM / Cat. 2

**United States District Court**
**Northern District of Illinois**

**FILED** 3/15/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**RECEIVED** JAN 26 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff Ronald L. Wright

v.

Defendant City of Calumet City
Mayor Thaddeus Jones
Inspectional Services
Public Works
Police Department

**COMPLAINT**

See Attached

(PLAINTIFF) RONALD L.WRIGHT

(DEFENDANT) CITY OF CALUMET CITY  UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

COMPLAINT

(PLAINTIFF-DEMANDS JURY TRIAL:

**INTRODUCTION OF FACTS**

BEGINNING ON OCTOBER 2022 TO MOST RECENT JANUARY 24,2024, THE CITY OF CALUMET CITY BLATANTLY VIOLATED PLAINTIFF CONSTITUTIONAL 4TH AMENDMENT RIGHTS AS A U.S. CITIZEN, DISGRACED (MAYOR THADDEUS JONES) INTENTIONALLY GAVE ORDERS TO THE CALUMET CITY POLICE DEPARTMENT, THE PUBLIC WORKS AND INSPECTIONAL SERVICES, TO ILLEGALLY INVADE PLAINTIFF/OCCUPANT OF (9) YEARS TO DATE AT RESIDENCE WHERE JOB TITLE WAS PROPERTY MANAGER & MAINTENANCE MAN FOR, 463 OGLESBY, AND 1607 SIBLEY. THADDEUS MALICIOUS CONDUCT AGAINST (PLAINTIFF-RONALD L. WRIGHT) WAS A RESULT OF HIM AND HIS MUNICPAL STAFF BEING EXPOSED BY PLAINTIFF FOR ILLEGAL CORRUPTION, WITHIN HIS STAFF AND CITY EMPLOYEES MISUSING TAXPAYERS HEARTEARNED MONEY AS MUCH AS $400,000 MISSING UNDER THADDEUS ADMINISTRATION SPENT, ON PERSONAL GRATIFICATION, WHICH CAUSED THE CALUMET CITY PUBLIC LIBRARY TO BE CLOSED FOR MONTHS, WHEN AN AUDIT UNCOVERED THEFT AND ILLEGAL PURCHASES, WHICH CAUSED SEVERAL STAFF UNDER (JONES) ADMINISTRATION TO ABRUPTLY SUBMITT THEIR RESIGNATIONS. INCLUDING A FEDERAL INVESTIGATION FOR TAX ISSUES INVOLVING HIS CAMPAIGN FUNDS, AND A SUBPOENA WAS ISSUED SEEKING RECORDS ON DISGRACED THADDEUS (3)CAMPAIGN FUNDS. THADDEUS STAFF ACCUSED HIM OF GIVING ORDERS TO SHREDD INCRIMINATING DOCUMENTS, AND VIDEO SURVEILENCE TO MINIMIZE THE MOUNTAIN OF EVIDENCE AGAINST HIM. SOMEONE TIPPED THADDEUS JONES THAT PLAINTIFF INFORMED THE LOCAL NEWS STATIONS OF HIS ADMINISTRATION LONG HISTORY OF CORRUPTION, INCLUDING HIS TRIGGER HAPPY POLICE FORCE THAT KILLED A INNOCENT KID WITH AUTISM, AND PLENTY OF OTHER POLICE INVOLVED SHOOTINGS, LEAVING A MAN SHOT DEAD OVER (7)TIMES, AND A $4.2 MILLION SETTLEMENT FOR HIGH SPEED CHASE AND CRASH THE POLICE INIATED THAT LEFT A INNOCENT MAN PARALYZED. THIS SUFFERING I AM ENDURING IS A VINDICTIVE MOTIVE FROM DISGRACED MAYOR-THADDEUS JONES, AND ALL DEFENDANTS IN THIS CIVIL SUIT THE CITY CALUMET POLICE DEPARTMENT, PUBLIC WORKS, INSPECTIONAL SERVICES FOR BEING HONEST AND INFORMING THE NEWS OF WHAT IS REALLY GOING ON IN THIS CITY, BECAUSE I REMEMBER WHEN THE CITY OF CALUMET CITY USED TO BE

1

A BEAUTIFUL COMMUNITY, NOW IM DEPRESSED WHENEVER I HAVE TO DEAL WITH THADDEUS JONES HATE TOWARDS ME.

### 4TH AMENDMENT

THROUGH THE 4TH AMENDMENT CITIZENS OF THIS COUNTRY ARE PROTECTED FROM UNREASONABLE SEARCHES AND SEIZURES BY THE GOVERNMENT, WITHOUT A WARRANT OR PROBABLE CAUSE.

THE CITY OF CALUMET CITY VIOLATIONS OF 4TH AMENDMENT TO PLAINTIFF

THE CITY OF CALUMET CITY BROKE ALL DOORS AND LOCKS ON ALL ENTRANCES ON FIVE DIFFERENT OCCASIONS BETWEEN OCTOBER 2022- JANUARY 24, 2024, THE CITY OF CALUMET CITY SEIZED PLAINTIFF PERSONAL PROPERTY, BROKE AND OR DAMAGED PERSONAL PROPERTY, AND PLAINTIFF PERSONAL PROPERTY WAS STOLEN WHEN THEY FINISHED THE ILLEGAL SEARCH AND SEIZURE WITH OUT A WARRANT, WARNING NOTICE OR COURT ORDER.

THE CITY OF CALUMET CITY ILLEGALLY DISCONNECTED PLAINTIFF WATER SERVICES IN WHICH ACCOUNT WAS PAID IN FULL, AND THE WATER WAS OFF FOR MONTHS, THEY TOOK, AND DAMAGED ALL THE WINDOWS, THAT PLAINTIFF PAID FOR, ALL DOORS, AND LOCKS PLAINTIFF PAID FOR ALL VALUED AT $20,000 AND SEIZED AND TOTALED 4 CARS FROM PLAINTIFF THAT WERE WORKING AND DRIVABLE VALUED AT $80,000 PASSED DOWN FROM FAMILY BENEFICIARIES. THEY SEIZED 10 VEST FROM PLAINTIFF USED FOR A SECURITY JOB AT THAT TIME VALUED AT $5,500, SEIZED, AND DAMAGED 10 FLAT SCREEN TV'S VALUED AT 5,000, THEY SEIZED 11 LEATHER JACKETS, OVER $50,000 DOLLARS OF VALUABLE CLOTHS PASSED DOWN FROM FAMILY GENERATIONS, ALSO FAMILY PASSED DOWN JEWELRY WORTH $100,000 WAS ALSO SEIZED, AND OR STOLEN AND REMOVED WHEN THEY WERE DONE. PLAINTIFF BASKETBALL & BASESBALL CARD COLLECTION THAT HAD BEEN SAVED SINCE A KID APPRAISED AT $75,000 WAS SEIZED, AND OR STOLEN, PLAINTIFF BICYCLE COLLECTION OF 10 BIKES VALUED AT $10,000 WAS SEIZED, AND OR STOLEN. REMOVED MAIL BOXES SO PLAINTIFF WOULD NOT GET IMPORTANT DOCUMENTS, PLAINTIFF WAS UNABLE TO KEEP A JOB FOR LACK OF TRANSPORTATION. PLAINTIFF SUFFERED MENTAL, AND EMOTIONAL AXIETY.

### ATTEMPTS BY PLAINTIFF TO FIND PEACEFUL RESOLUTION

PLAINTIFF FILED COMPLAINTS WITH THE CALUMET CITY POLICE, THEY SAID THEY WOULD ASK AROUND AND CAME BACK AND SAID THEY COULD NOT FIND PLAINTIFF SEIZED, STOLEN PERSONAL FAMILY GENERATIONAL BELONGINGS AND OFFERED TO TELL PLAINTIFF TO FILE A CIVIL SUIT.

PLAINTIFF CALLED (MAYOR) THADDEUS JONES TO GET A UNDERSTANDING WHY HE WAS BEING HARRASSED HE IGNORED PLAINTIFF CALLS, PLAINTIFF WENT TO HIS OFFICE HE TOLD HIS STAFF TO TELLPLAINTIFF TO SEND AN E-MAIL, ALL ATTEMPTS OF COMMUNICATION

2

WAS IGNORED. PLAINTIFF SUFFERED ON THE COLD STREETS BECAUSE OF THE CITY OF CALUMET CITY.

## CONCLUSION

IN CONCLUSION, IF THE (DEFENDANTS) CITY OF CALUMET CITY MUNICIPAL EMPLOYEES WOULD NOT HAVE INTENTIONALLY DISREGARDED THE (PLAINTIFF) NATURAL WELL BEING, AND HAD RESPECT FOR THE CONSTITUTION 4TH AMENDMENT PLAINTIFF WOULD NOT HAVE TO SEEK RELIEF FOR DAMAGES INCURRED FROM THE CITY OF CALUMET CITY VIOLATIONS OF ONES FREEDOM & LIBERTY.

## RELIEF

PLAINTIFF ASK THIS HONORABLE COURT TO ENTER A JUDGEMENT AGAINST THE DEFENDANTS, AND GRANT PLAINTIFF THE RELIEF IN PUNITIVE DAMAGES AS WELL AS PROPERTY DAMAGES FOR A TOTAL OF $250,000 FROM THE CITY OF CALUMET CITY. GRANTING A JUDGEMENT AGAINST EACH DEFENDANT IN AN AMOUNT EQUAL TO THE COST OF DAMAGES INCURRED BY PLAINTIFF, AND GRANT THE PLAINTIFF SUCH OTHER AND FURTHER RELIEF AS THE COURT DEEMS JUST AND EQUITABLE FOR THESE CIRCUMSTANCES.

RESPECTFULLY SUBMITTED,

RONALD WRIGHT

PRO-SE #99500